IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THERESA A. BEVILLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0560-WS-C |
| | ) |
| TAYLOR WHARTON CRYOGENICS, | ) |
| LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

By previous order, the Court granted the individual defendants' motion to dismiss. (Doc. 22). The Court provided the plaintiff an opportunity, by February 19, 2016, "to file a second amended complaint properly stating a claim against the individual defendants, failing which the individual defendants shall be dismissed with prejudice." (*Id*. at 2). The plaintiff has filed nothing. Accordingly, this action as to the individual defendants is **dismissed with prejudice**.

DONE and ORDERED this 23rd day of February, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE